THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLAI POSTICA, and ANA BUREA, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>Defendant. | No. 2:25-cv-00894<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |

## STIPULATION

Under Western District of Washington Local Rules 7(d)(1) and 10(g), the parties stipulate that Defendant The Boeing Company ("Boeing") may have until June 4, 2025, to file and serve its response to the complaint.

*Counsel certifies that this memorandum contains 35 words, in compliance with the Local Civil Rules.*

Dated: May 16, 2025

By: *s/ Laura C. Hill*
Laura C. Hill, Bar No. 49229
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
LHill@perkinscoie.com
*Attorney for Defendant The Boeing Company*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

By: *s/ Zachary J. Strom*
Zachary J. Strom
Felix G. Luna
Paul G. Sewell
Tomás A. Gahan
**PWRFL Law**
1001 Fourth Ave, Suite 4131
Seattle, Washington 98154
Telephone: 206-624-6800
luna@pwrfl-law.com

Cosmin Popa
**Popa Law, PLLC**
12207 NE 8th St., Suite 12
Bellevue, Washington 98005
Telephone: 425-279-9967
cosmin@popalaw.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT
(No. 2:25-cv-00894) –2

95016133.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**ORDER**

The parties' stipulated motion (Dkt. No. 12) is GRANTED. The deadline for Defendant to respond to the complaint is extended to June 4, 2025.

Dated this 16th day of May, 2025.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT
(No. 2:25-cv-00894) –3

95016133.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000