UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLAI POSTICA, et al., <br><br> Plaintiff(s), <br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant(s). | CASE NO. C25-0894-KKE <br><br> ORDER GRANTING STIPULATED MOTION |

The parties filed a stipulated motion requesting that the Court set and/or extend certain deadlines. Dkt. No. 23. Finding good cause to do so, the Court GRANTS the parties' stipulated motion as follows:

Plaintiffs' deadline to file an amended complaint is October 21, 2025.

Defendant's deadline to answer the amended complaint is October 28, 2025.

The deadline for the Federal Rule of Civil Procedure 26(f) Conference is October 31, 2025.

The deadline to exchange Rule 26(a)(1) Initial Disclosures is November 14, 2025.

The deadline to file a Joint Status Report and Discovery Plan is November 21, 2025.

The previous order setting early case deadlines (Dkt. No. 22) is VACATED.

Dated this 17th day of October, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1