UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLAI POSTICA, et al., | CASE NO. C25-0894-KKE |
| Plaintiff(s), | ORDER ON STATEMENT OF |
| v. | DISCOVERY DISPUTE |
| THE BOEING COMPANY, | |
| Defendant(s). | |

The Court held a hearing on the parties' joint statement of discovery dispute. *See* Dkt. No. 34. During the conference, Defendant The Boeing Company agreed to produce supplemental discovery responses, including a privilege log, no later than May 29, 2026. The Court ORDERS Defendant to meet that deadline, and supports the parties' expectations that the other disputes referenced in their statement can be resolved among themselves without court intervention.

Dated this 21st day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON STATEMENT OF DISCOVERY DISPUTE - 1