THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLAI POSTICA, and ANA BUREA, a married couple,<br><br>                 Plaintiffs,<br><br>    v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>                 Defendant. | No. 2:25-cv-00894-KKE<br><br>STIPULATED MOTION AND ORDER TO AMEND ORDER SETTING JURY TRIAL DATE AND RELATED DATES |

## STIPULATION

Under Western District of Washington Local Civil Rules 7(d)(1) and 10(g), the parties submit the following stipulated motion to amend the Order Setting Jury Trial Date and Related Dates.

On November 21, 2025, the Court entered an Order Setting the Jury Trial Date and Related Dates. *See* Dkt. No. 29. The Order set a jury trial date of January 11, 2027 and preceding deadlines for the completion of discovery and expert disclosures under Fed. R. Civ. P. 26(a)(2), among other court dates. The parties respectfully request that this Court adopt the following schedule setting interim deadlines for phased discovery and extending certain discovery dates.

STIPULATED MOTION AND ORDER TO AMEND
ORDER SETTING TRIAL DATE
(No. 2:25-cv-00894-KKE) –1

Good cause exists for the entry of this order to allow the parties sufficient time to further seek discovery, schedule depositions, support the drafting of expert reports, and engage in settlement discussions.

The parties jointly propose the following case schedule:

| Event | Original Date | Amended Date |
|---|---|---|
| JURY TRIAL SET FOR 09:30 am on | 01/11/2027 | 04/12/2027 |
| Length of trial | 5–8 days | 5–8 days |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 06/15/2026 | 09/14/2026 |
| All motions related to discovery must be filed by | 07/15/2026 | 10/12/2026 |
| Discovery must be completed by | 08/14/2026 | 11/12/2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than 28 days after this date (*see* LCR 7(d)). | 09/14/2026 | 12/14/2026 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 11/12/2026 | 02/12/2027 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 12/21/2026 | 03/22/2027 |
| Trial briefs, joint brief on motions in limine, proposed voir dire questions, and deposition designations due | 12/28/2026 | 03/29/2027 |
| Pretrial conference | TBD | TBD |

STIPULATED MOTION AND ORDER TO AMEND
ORDER SETTING TRIAL DATE
(No. 2:25-cv-00894-KKE) –2

Dated: June 8, 2026

By:

**PWRFL**

**PERKINS COIE LLP**

s/*Zachary J. Strom*
Felix G. Luna, WSBA No. 27087
Tomás A. Gahan, WSBA No. 32779
Paul G. Sewell, WSBA No. 43090
Zachary J. Strom, WSBA No. 55230
1001 Fourth Avenue, Suite 4131
Seattle, WA 98154
Telephone:  206-624-6800
Luna@pwrfl-law.com
Gahan@pwrfl-law.com
Sewell@pwrfl-law.com
Strom@pwrfl-law.com
*Attorneys for Plaintiffs*

s/ *Kristine E. Kruger*
Kristine E. Kruger, Bar No. 44612
Olive Eisdorfer, Bar No. 63837
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
KKruger@perkinscoie.com
OEisdorfer@perkinscoie.com
*Attorneys for Defendant The Boeing Company*

**POPA LAW, PLLC**
Cosmin Popa, WSBA No. 49118
12207 N.E. 8th Street, Suite 12
Bellevue, WA 98005
Telephone:  (425) 279-9967
Cosmin@poplaw.com
*Co-Counsel for Plaintiffs*

STIPULATED MOTION AND ORDER TO AMEND
ORDER SETTING TRIAL DATE
(No. 2:25-cv-00894-KKE) –3

**ORDER**

For good cause shown, the parties' stipulated motion (Dkt. No. 37) is GRANTED.  The previous case schedule (Dkt. No. 29) is VACATED and the courtroom deputy is directed to issue an amended case schedule in accordance with the parties' stipulated motion.

Dated this 9th day of June, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO AMEND
ORDER SETTING TRIAL DATE
(No. 2:25-cv-00894-KKE) –4

Presented by:

By:  s/ *Kristine E. Kruger*
Kristine E. Kruger, Bar No. 44612
Olive Eisdorfer, Bar No. 63837
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
KKruger@perkinscoie.com
OEisdorfer@perkinscoie.com
*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION AND ORDER TO AMEND
ORDER SETTING TRIAL DATE
(No. 2:25-cv-00894-KKE) –5