UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLAI POSTICA, et al.,<br><br>Plaintiff(s),<br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant(s). | CASE NO. C25-0894-KKE<br><br>ORDER DENYING STIPULATED MOTION TO AMEND |

The parties filed a stipulated motion to amend the case schedule, seeking to adjust deadlines to complete discovery and for filing dispositive motions and motions challenging expert witness testimony, without extending the trial date. Dkt. No. 47. The Court's case schedule, however, requires approximately 120 days between the dispositive motions deadline and the trial date. *See* Dkt. No. 10. The parties' proposed schedule does not comply with this requirement. *See* Dkt. No. 47.

The Court therefore DENIES the parties' stipulated motion (Dkt. No. 47), subject to re-filing in accordance with the Court's requirement as stated above. If necessary, the parties shall contact the Courtroom Deputy at Natalie_Wood@wawd.uscourts.gov, to identify a new trial date in accordance with the Court's trial calendar.

Dated this 15th day of October, 2026.

Kymberly K. Evanson
United States District Judge