UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLAI POSTICA, et al.,<br><br>Plaintiff(s),<br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant(s). | CASE NO. C25-0894-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE THE TRIAL DATE AND PRETRIAL DEADLINES |

The parties filed a stipulated motion to continue the trial date and case schedule. Dkt. No. 49. Finding good cause, the Court GRANTS the motion to continue the trial date. The unexpired deadlines in the previous case schedule (Dkt. No. 39) are VACATED. The courtroom deputy is directed to issue an amended case schedule, starting from the discovery motions deadline, based on the parties' agreed-upon trial date of June 21, 2027, consistent with the Court's standard case schedule.

Dated this 16th day of November, 2026.

Kymberly K. Evanson
United States District Judge